1 BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
2    pross@bgrfirm.com
Elena Nutenko (State Bar No. 289708)
3    enutenko@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
4 Los Angeles, CA 90067
Tel. (310) 274-7100
5 Fax (310) 275-5697

6
Michael J. Perry, Esq. (State Bar No. 123214)
7    mjp@michaeljperrylaw.com
A Professional Law Corporation
8 4640 Admiralty Way, Suite 500
Marina del Rey, CA 90292
9 Telephone:  310.496.5710
Fax:  310.306.3456
10
Attorneys for Plaintiffs
11 UNITED MEDICAL DEVICES, LLC and
UNITED CONVENIENCE SUPPLY LLC
12

13

14             UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA,

16                        WEST DISTRICT

17

| | |
|---|---|
| UNITED MEDICAL DEVICES, LLC, a California limited liability company, UNITED CONVENIENCE SUPPLY LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>BLUE ROCK CAPITAL, LTD., a Mauritius Limited Company; ESPRO INVESTMENTS, LTD., a Mauritius Limited Company; PRASANTH SEEVNARYAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-01255-PSG-SS<br><br>PLAINTIFFS' NOTICE OF ERRATA |

1  Plaintiffs hereby correct the name of the Browne George Ross LLP firm and
2  the name of second counsel for that firm in this action, which are correctly stated on
3  Page 1 caption page of this document.

4

5  Dated:  February 26, 2016

6

7                                          MICHAEL J. PERRY, A PROFESSIONAL
                                        LAW CORPORATION
8                                            Michael J. Perry

9

10                                   By _____/s/Michael J. Perry_____
                                            Michael J. Perry
11                                         Attorneys for Plaintiffs
                                        UNITED MEDICAL DEVICES, LLC
12                                         UNITED CONVENIECE SUPPLY. LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28