UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV16-1255 PSG (SSx)<br>CV 16-3176-PSG (SSx) | Date | July 29, 2016 |
|---|---|---|---|
| Title | United Medical Devices, LLC, *et al.* v. Blue Rock Capital, Ltd., *et al.*<br>Megacor Investments Pty Ltd. Et Al V. UNITED MEDICAL DEVICES, LLC ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order GRANTING Motion to Consolidate and RENDERING MOOT Motion for Remand

Pending before the Court is Plaintiffs United Medical Devices, LLC's and United Convenience Supply LLC's ("Plaintiffs") motion to remand this action to state court on the basis that there was a defect in the removal procedure. *See* Dkt. # 18. Also before the Court is Defendants Blue Rock Capital, Ltd.'s and Espro Investments, Ltd.'s ("Defendants") motion to consolidate this action with *Megacor Investments (Pty) Ltd., et al. v. United Medical Devices, LLC, et al.*, CV16-3176 PSG (SSx). Dkt. # 32.

On July 8, 2016 Plaintiffs notified the Court that they wish to withdraw their motion to remand and no longer oppose the motion to consolidate. Dkt. # 44. Accordingly, the Court GRANTS the motion to consolidate and finds that the motion to remand has been RENDERED MOOT.

**IT IS SO ORDERED.**